Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Nexus Bankruptcy**
**Benjamin Heston**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**
**Phone: (949) 312-1377**
**Email: ben@nexusbk.com**
**Bar Number: 297798**

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

**Byron Haroldo Oliva**

Debtor(s).

CASE NO.:

CHAPTER: **7**

# DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **11/13/2026** **Byron Haroldo Oliva**
Printed name of Debtor 1 Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ____________ ______________________________ ______________________________

Printed name of Debtor 2 Signature of Debtor 2

| Employee Details | |
|---|---|
| Person Number | |
| Name | Byron Oliva |
| Home Address | 1175 W BLAINE ST<br>APT 61<br>RIVERSIDE, CA 92507 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - CA - Riverside - 1680 University Ave - U.C. RIVERSIDE BC (CA6128) |
| State Business ID# | 022-2000-2 |
| Cost Center | 0001146380 |
| GL Company | 2318 |
| Pay Rate | $26.00 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 09/07/2026 |
| Pay End Date | 09/20/2026 |
| Advice # | N/A |
| Pay Date | 09/25/2026 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single or Married filing separately |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 0 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| CA Tax Marital Status | Head of Household |
| CA Allowances | 0 |
| CA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Short Term Disability Leave Pay - 100% | | | | | | | 8,320.00 |
| Accr Stock Div Equivalent | | | | | | | 97.05 |
| Bereavement | | | | | | | 1,040.00 |
| CA Disability Offset | | | 2080 | 80 | 272 | 0.00 | 0.00 |
| CI Ref | | | | | | | 30.00 |
| *GTL Imputed | | | | | | 0.27 | 4.98 |
| Holiday | | | | | | | 1,024.00 |
| Hourly Exception Time Paid | | | | | | | 1,040.00 |
| Missed Meal Period | | | | | | | 26.62 |
| Occasional Illness | | | | | | | 2,136.50 |
| Time-and-a-Half OT | | | | | | | 369.97 |
| Regular Earnings | | | | | | | 20,793.00 |
| RS Unit Vesting | | | | | | | 2,142.83 |
| STD Leave Pay-70% | | | 18.2 | 80 | 192 | 1,456.00 | 3,494.40 |
| Global Recognition | | | | | | | 45.82 |
| Vacation Pay | | | | | | | 1,424.00 |
| Well Rewards | | | | | | | 1.78 |
| Purchased Time Off | | | | | | | 480.48 |
| **Total (Hours and Earnings)** | | | | | | **1,456.27** | **42,471.43** |

* indicates an Imputed Earning

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1,253.25 | 40,167.01 | 77.70 | 2,490.35 |
| Medicare | 1,253.25 | 40,167.01 | 18.17 | 582.42 |
| Federal Withholding | 1,180.45 | 38,183.41 | 57.81 | 3,012.72 |
| State Tax (Res) - CA | 0.00 | 2,922.60 | | 101.59 |
| State Tax (Work) - AZ | 0.00 | 6,540.98 | | 98.11 |
| State Tax (Work) - CA | 1,180.45 | 31,642.43 | 0.00 | 346.49 |
| CA State Dis Ins - CASI | 1,252.98 | 35,434.85 | 16.29 | 460.65 |
| **Total (Taxes)** | | | **169.97** | **7,092.33** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| AD&D Insurance | 0.86 | 12.11 |
| Pre-tax 401(k) | 72.80 | 1,983.60 |
| Dental (Regular) | 13.77 | 197.37 |
| Medical (Regular) | 133.17 | 1,303.70 |
| Purchased Time Off (Regular) | 50.85 | 728.73 |
| Vision (Regular) | 4.37 | 62.51 |
| **Total (Pre-Tax Deductions)** | **275.82** | **4,288.02** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| Chase | | | 883.14 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Child Life Insurance | 0.59 | 8.33 |
| 401(k) Plan Loan (001) | | 242.82 |
| 401(k) Plan Loan (003) | 86.20 | 862.00 |
| 401(k) Plan Loan (002) | 40.28 | 725.04 |
| GUOffsetWEL | | 1.10 |
| RSU Vest Net | | 1,338.23 |
| RecognitionGUOffset | | 28.63 |
| **Total (After-Tax Deductions)** | **127.07** | **3,206.15** |

## Pay Summary

| | | | | | |
|---|---|---|---|---|---|
| **YTD** | 42,466.45 | 4,288.02 | 7,092.33 | 3,206.15 | 27,879.95 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.08 | 0 | -15.4 |
| US – Vacation | 4.62 | 0 | 32.35 |

| Employee Details | |
|---|---|
| Person Number | |
| Name | Byron Oliva |
| Home Address | 1175 W BLAINE ST<br>APT 61<br>RIVERSIDE, CA 92507 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - CA - Riverside - 1680 University Ave - U.C. RIVERSIDE BC (CA6128) |
| State Business ID# | 022-2000-2 |
| Cost Center | 0001146380 |
| GL Company | 2318 |
| Pay Rate | $26.00 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 09/21/2026 |
| Pay End Date | 10/04/2026 |
| Advice # | N/A |
| Pay Date | 10/09/2026 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single or Married filing separately |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 0 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| CA Tax Marital Status | Head of Household |
| CA Allowances | 0 |
| CA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Short Term Disability Leave Pay - 100% | | | | | | | 8,320.00 |
| Accr Stock Div Equivalent | | | | | | | 97.05 |
| Bereavement | | | | | | | 1,040.00 |
| CA Disability Offset | | | 2080 | 80 | 352 | -1,456.00 | -1,456.00 |
| CI Ref | | | | | | | 30.00 |
| *GTL Imputed | | | | | | 0.27 | 5.25 |
| Holiday | | | | | | | 1,024.00 |
| Hourly Exception Time Paid | | | | | | | 1,040.00 |
| Missed Meal Period | | | | | | | 26.62 |
| Occasional Illness | | | | | | | 2,136.50 |
| Time-and-a-Half OT | | | | | | | 369.97 |
| Regular Earnings | | | | | | | 20,793.00 |
| RS Unit Vesting | | | | | | | 2,142.83 |
| STD Leave Pay-70% | | | 18.2 | 80 | 272 | 1,456.00 | 4,950.40 |
| Global Recognition | | | | | | | 45.82 |
| Vacation Pay | | | | | | | 1,424.00 |
| Well Rewards | | | | | | | 1.78 |
| Purchased Time Off | | | | | | | 480.48 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **0.27** | **42,471.70** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 0.27 | 40,167.28 | 0.00 | 2,490.35 |
| Medicare | 0.27 | 40,167.28 | 0.00 | 582.42 |
| Federal Withholding | 0.27 | 38,183.68 | 0.00 | 3,012.72 |
| State Tax (Res) - CA | 0.00 | 2,922.60 | | 101.59 |
| State Tax (Work) - AZ | 0.00 | 6,540.98 | | 98.11 |
| State Tax (Work) - CA | 0.27 | 31,642.70 | 0.00 | 346.49 |
| CA State Dis Ins - CASI | 0.00 | 35,434.85 | 0.00 | 460.65 |
| **Total (Taxes)** | | | **0.00** | **7,092.33** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| AD&D Insurance | 0.00 | 12.11 |
| Pre-tax 401(k) | | 1,983.60 |
| Dental (Regular) | 0.00 | 197.37 |
| Medical (Regular) | 0.00 | 1,303.70 |
| Purchased Time Off (Regular) | 0.00 | 728.73 |
| Vision (Regular) | 0.00 | 62.51 |
| **Total (Pre-Tax Deductions)** | **0.00** | **4,288.02** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| Chase | | | 0.00 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Child Life Insurance | 0.00 | 8.33 |
| 401(k) Plan Loan (001) | | 242.82 |
| 401(k) Plan Loan (003) | 0.00 | 862.00 |
| 401(k) Plan Loan (002) | 0.00 | 725.04 |
| GUOffsetWEL | | 1.10 |
| RSU Vest Net | | 1,338.23 |
| RecognitionGUOffset | | 28.63 |
| **Total (After-Tax Deductions)** | **0.00** | **3,206.15** |

## Pay Summary

| | | | | | |
|---|---|---|---|---|---|
| **YTD** | 42,466.45 | 4,288.02 | 7,092.33 | 3,206.15 | 27,879.95 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 0 | -12.32 |
| US – Vacation | 4.62 | 0 | 36.97 |

## Employee Details

| Employee Details | |
|---|---|
| Person Number | |
| Name | Byron Oliva |
| Home Address | 1175 W BLAINE ST<br>APT 61<br>RIVERSIDE, CA 92507 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - CA - Riverside - 1680 University Ave - U.C. RIVERSIDE BC (CA6128) |
| State Business ID# | 022-2000-2 |
| Cost Center | 0001146380 |
| GL Company | 2318 |
| Pay Rate | $26.00 Hourly |

## Payroll Details

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 10/05/2026 |
| Pay End Date | 10/18/2026 |
| Advice # | N/A |
| Pay Date | 10/20/2026 |

## Tax Details

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single or Married filing separately |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 0 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| CA Tax Marital Status | Head of Household |
| CA Allowances | 0 |
| CA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Short Term Disability Leave Pay - 100% | | | | | | | 8,320.00 |
| Accr Stock Div Equivalent | | | | | | | 97.05 |
| Bereavement | | | | | | | 1,040.00 |
| CA Disability Offset | | | | | | | -1,456.00 |
| CI Ref | | | | | | | 30.00 |
| *GTL Imputed | | | | | | | 5.25 |
| Holiday | | | | | | | 1,024.00 |
| Hourly Exception Time Paid | | | | | | | 1,040.00 |
| Missed Meal Period | | | | | | | 26.62 |
| Occasional Illness | | | | | | | 2,136.50 |
| Time-and-a-Half OT | | | | | | | 369.97 |
| Regular Earnings | | | | | | | 20,793.00 |
| RS Unit Vesting | | | | | | | 2,142.83 |
| STD Leave Pay-70% | | | | | | | 4,950.40 |
| Global Recognition | | | | | | | 45.82 |
| Vacation Pay | | | | | | | 1,424.00 |
| Well Rewards | | | | | | | 1.78 |
| Purchased Time Off | | | | | | | 480.48 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | | **42,471.70** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 0.00 | 40,167.28 | 0.02 | 2,490.37 |
| Medicare | 0.00 | 40,167.28 | 0.01 | 582.43 |
| Federal Withholding | 0.00 | 38,183.68 | -0.03 | 3,012.69 |
| State Tax (Res) - CA | 0.00 | 2,922.60 | | 101.59 |
| State Tax (Work) - AZ | 0.00 | 6,540.98 | | 98.11 |
| State Tax (Work) - CA | 0.00 | 31,642.70 | | 346.49 |
| CA State Dis Ins - CASI | 0.00 | 0.00 | | 460.65 |
| **Total (Taxes)** | | | **0.00** | **7,092.33** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| AD&D Insurance | | 12.11 |
| Pre-tax 401(k) | | 1,983.60 |
| Dental (Regular) | | 197.37 |
| Medical (Regular) | | 1,303.70 |
| Purchased Time Off (Regular) | | 728.73 |
| Vision (Regular) | | 62.51 |
| **Total (Pre-Tax Deductions)** | | **4,288.02** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| | | | 0.00 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Child Life Insurance | | 8.33 |
| 401(k) Plan Loan (001) | | 242.82 |
| 401(k) Plan Loan (003) | | 862.00 |
| 401(k) Plan Loan (002) | | 725.04 |
| GUOffsetWEL | | 1.10 |
| RSU Vest Net | | 1,338.23 |
| RecognitionGUOffset | | 28.63 |
| **Total (After-Tax Deductions)** | | **3,206.15** |

## Pay Summary

| | | | | | |
|---|---|---|---|---|---|
| **YTD** | 42,466.45 | 4,288.02 | 7,092.33 | 3,206.15 | 27,879.95 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.08 | 0 | -9.24 |
| US – Vacation | 4.62 | 0 | 41.59 |

| Employee Details | |
|---|---|
| Person Number | |
| Name | Byron Oliva |
| Home Address | 1175 W BLAINE ST<br>APT 61<br>RIVERSIDE, CA 92507 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - CA - Riverside - 1680 University Ave - U.C.<br>RIVERSIDE BC (CA6128) |
| State Business ID# | 022-2000-2 |
| Cost Center | 0001146380 |
| GL Company | 2318 |
| Pay Rate | $26.00 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 10/05/2026 |
| Pay End Date | 10/18/2026 |
| Advice # | N/A |
| Pay Date | 10/23/2026 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single or Married filing separately |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 0 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| CA Tax Marital Status | Head of Household |
| CA Allowances | 0 |
| CA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Short Term Disability Leave Pay - 100% | | | | | | | 8,320.00 |
| Accr Stock Div Equivalent | | | | | | | 97.05 |
| Bereavement | | | | | | | 1,040.00 |
| CA Disability Offset | | | 2080 | 80 | 432 | -1,456.00 | -2,912.00 |
| CI Ref | | | | | | | 30.00 |
| *GTL Imputed | | | | | | 0.27 | 5.52 |
| Holiday | | | | | | | 1,024.00 |
| Hourly Exception Time Paid | | | | | | | 1,040.00 |
| Missed Meal Period | | | | | | | 26.62 |
| Occasional Illness | | | | | | | 2,136.50 |
| Time-and-a-Half OT | | | | | | | 369.97 |
| Regular Earnings | | | | | | | 20,793.00 |
| RS Unit Vesting | | | | | | | 2,142.83 |
| STD Leave Pay-70% | | | 18.2 | 80 | 352 | 1,456.00 | 6,406.40 |
| Global Recognition | | | | | | | 45.82 |
| Vacation Pay | | | | | | | 1,424.00 |
| Well Rewards | | | | | | | 1.78 |
| Purchased Time Off | | | | | | | 480.48 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **0.27** | **42,471.97** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 0.27 | 40,167.55 | 0.00 | 2,490.37 |
| Medicare | 0.27 | 40,167.55 | 0.00 | 582.43 |
| Federal Withholding | 0.27 | 38,183.95 | 0.00 | 3,012.69 |
| State Tax (Res) - CA | 0.00 | 2,922.60 | | 101.59 |
| State Tax (Work) - AZ | 0.00 | 6,540.98 | | 98.11 |
| State Tax (Work) - CA | 0.27 | 31,642.97 | 0.00 | 346.49 |
| CA State Dis Ins - CASI | 0.00 | 35,434.85 | 0.00 | 460.65 |
| **Total (Taxes)** | | | **0.00** | **7,092.33** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| AD&D Insurance | 0.00 | 12.11 |
| Pre-tax 401(k) | | 1,983.60 |
| Dental (Regular) | 0.00 | 197.37 |
| Medical (Regular) | 0.00 | 1,303.70 |
| Purchased Time Off (Regular) | 0.00 | 728.73 |
| Vision (Regular) | 0.00 | 62.51 |
| **Total (Pre-Tax Deductions)** | **0.00** | **4,288.02** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| Chase | | | 0.00 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Child Life Insurance | 0.00 | 8.33 |
| 401(k) Plan Loan (001) | | 242.82 |
| 401(k) Plan Loan (003) | 0.00 | 862.00 |
| 401(k) Plan Loan (002) | 0.00 | 725.04 |
| GUOffsetWEL | | 1.10 |
| RSU Vest Net | | 1,338.23 |
| RecognitionGUOffset | | 28.63 |
| **Total (After-Tax Deductions)** | **0.00** | **3,206.15** |

## Pay Summary

| | | | | | |
|---|---|---|---|---|---|
| **YTD** | 42,466.45 | 4,288.02 | 7,092.33 | 3,206.15 | 27,879.95 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.08 | 0 | -9.24 |
| US – Vacation | 4.62 | 0 | 41.59 |